UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SALVATORE BARRANTI,<br><br>                    Plaintiff,<br><br>v.<br><br>GC SERVICES, LP,<br><br>                    Defendant. | Case No. 3:17-cv-428-LRH-WGC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE |

    Counsel for plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

    IT IS ORDERED that the action is hereby dismissed without prejudice as to: **GC SERVICES, LP.**

    DATED this 14th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE